STATE of Missouri, Respondent,

v.

Steven LINDSEY, Appellant.

No. ED 96300.

Missouri Court of Appeals,
Eastern District,
Division One.

March 27, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 7, 2012.

Application for Transfer
Denied July 3, 2012.

Gwenda Renee Robinson, St. Louis, MO, for Appellant.

Chris Koster, Atty. Gen., Laura E. Elsbury, Jefferson City, MO, for Respondent.

Before CLIFFORD H. AHRENS, P.J., ROY L. RICHTER, J., and GARY M. GAERTNER, JR., J.

*ORDER*

PER CURIAM.

Steven Lindsey appeals from the trial court's judgment and sentence after a jury convicted him of one count of attempted forcible rape, one count of misdemeanor stealing, and one count of third-degree misdemeanor assault. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 30.25(b).